**Electronically Filed
Supreme Court
SCWC-17-0000666
19-DEC-2023
08:14 AM
Dkt. 29 ODMR**

SCWC-17-0000666

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KAWIKA FRANCO, Individually and as Personal Representative for the Estate of TIARE FRANCO; PEACHES KONG and APPLES ELABAN, as Next Friends of LOVELY FRANCO (Minor); TAUA GLEASON, as Next Friend of KOLOMANA KONG KANIAUPIO GLEASON and KAULANA KONG KANIAUPIO GLEASON (Minors); and CHERYL RUSSELL, as Next Friend of JEANNE RUSSELL (Minor),
Respondents/Plaintiffs-Appellants,

vs.

SABIO REINHARDT,
Petitioner/Defendant-Appellee,

and

JOSIAH OKUDARA,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000666; CASE NO. 2CC121000458)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna and Eddins, JJ.,
Circuit Judge Souza and Circuit Judge Kawashima
assigned by reason of vacancies)

Upon consideration of Respondents/Plaintiffs-Appellants'

Motion for Full Court Reconsideration or Modification of Opinion

of the Court filed November 30, 2023, and the record and files herein,

It is ordered that the motion is denied.

DATED:  Honolulu, Hawaiʻi, December 19, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Kevin A.K. Souza

/s/ James S. Kawashima

2